JUDGE DANIELS

Anthony Lo Cicero (AL 7538)
David Mitnick (DM 0064)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel:   (212) 336-8000
Fax:   (212) 336-8001
Attorneys for Plaintiff



08 CV 3809

RECEIVED
APR 22 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

Curtis Publishing Company, Inc.,

     Plaintiff,

  v.

ESPN, Inc.,

     Defendant.

- - - - - - - - - - - - - - - - - - -x

Civil Action No.:

**RULE 7.1 CORPORATE DISCLOSURE**

## RULE 7.1 DISCLOSURE OF CURTIS PUBLISHING COMPANY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Curtis Publishing Company, Inc. hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Curtis Publishing Company, Inc.: NONE

      Respectfully submitted,

      AMSTER, ROTHSTEIN & EBENSTEIN LLP
      Attorneys for Plaintiff
      90 Park Avenue

396122.1

New York, NY 10016  
Tel: (212) 336-8000  
Fax: (212) 336-8001

By: _____  
Anthony Lo Cicero (AL 7538)  
David Mitnick (DM 0064)

Dated: New York, NY  
      April 21, 2008

396122.1

-2-