**AMSTER ROTHSTEIN & EBENSTEIN LLP**

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main 212 336 8000
Fax 212 336 8001
Web www.arelaw.com

| Partners | | | |
|---|---|---|---|
| Morton Amster | Kenneth M. Bernstein | Max Vern | Michael J Kaslan |
| Jesse Rothstein (1934-2003) | Joseph M. Casino | Brian A. Comack | Rebecca R. Eisenberg |
| Daniel Ebenstein | Michael V. Solomita | Richard S. Mandaro | Stuart Snapley |
| Philip H. Gottfried | Charles R. Macedo | Marc J. Jason | Howard Wizenfeld |
| Michael J. Berger | | David Matnick | Steven B. Gauthier |
| Neil M. Zipkin | *Senior Counsel* | Charles W. Rath | Brent M. Pinkas* |
| Anthony F Lo Cicero | John S Economou | David A. Boag | Benjamin Charkow |
| Kenneth P. George | Marion P. Metelski | Matthieu Haung | Jeffrey C. Shieh |
| Abraham Kasdan, Ph.D. | Alan D. Miller, Ph.D. | Jung S. Hahm | Mark Berkowitz |
| Ira E. Silfin | | Ruriko Kaji | |
| Chester Rothstein | *Associates* | Norajean McCaffrey | |
| Craig J Arnold | Patrick Boland* | Benjamin M. Halpern* | |
| | Holly Pekowsky | Matthew A. Fox | *Not admitted in New York |

July 9, 2008

<u>Via Facsimile</u>

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

David Mitnick
Direct 212 336 8135
E-mail dmitnick@arelaw.com



*SO ORDERED* The conference is adjourned to September 3, 2008 at 9:30 a.m. /s/ George B. Daniels JUL 14 2008

    Re:   *Curtis Publishing Co., Inc. v. ESPN, Inc.*
          Case No. 1:08-cv-03809
          Our File: 27700/19

Dear Judge Daniels:

    We are counsel to Curtis Publishing Co., Inc. the Plaintiff in the above-entitled action. Presently, there is an Initial Pretrial Conference ("Conference") scheduled before the Court for July 16, 2008. The Case Management Plan and Scheduling Order is due one week before the Conference.

    The parties have recently been engaged in meaningful settlement discussions and have reached an agreement in principle. Therefore, the parties respectfully request that the Court reschedule the Conference to a later date in order to allow the parties to work toward finalizing settlement of this matter.

    We await your advisement on this matter.

                Very truly yours,

                AMSTER, ROTHSTEIN & EBENSTEIN LLP

                David Mitnick

DM/AFL

cc: Eric Lobenfeld, Esq. (counsel for defendant)

404148 1